# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Allyn J. Folk                                    Bankruptcy No. 19-15009-amc
       Debtor                                              Chapter 13

## ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until September 12, 2019 to file the missing documents.

BY THE COURT:

Date: August 26, 2019

_____
Ashely M. Chan
United States Bankruptcy Judge