United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15009-amc
Allyn J. Folk                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Stacey              Page 1 of 1               Date Rcvd: Aug 26, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
db             Allyn J. Folk,    120 Buch Street,    Wernersville, PA   19568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
      BRENNA HOPE MENDELSOHN    on behalf of Debtor Allyn J. Folk tobykmendelsohn@comcast.net
      KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
       Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Allyn J. Folk                                    Bankruptcy No. 19-15009-amc
        Debtor                                              Chapter 13

## ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until September 12, 2019 to file the missing documents.

BY THE COURT:

**Date: August 26, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge