# Redner's MARKETS, INC.

3 Quarry Rd.
Reading, PA 19605

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/04/2019 |
| Period End Date | 08/10/2019 |
| Pay Date | 08/15/2019 |
| Document | 2765128 |
| Net Pay | $250.71 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| ALLYN J. FOLK | Employee Number | 000043578 | Pay Group | pay SINKING SPRING | |
| 120 NORTH BUCK STREET | SSN | XXX-XX-XXXX | Location | 42 Sinking Spring | |
| WERNERSVILLE, PA 19565 | Job | Clerk | Redners | RMI - Redner's Market Inc. | |
| USA | Pay Rate | $11.7500 | Division | RWM - Redner's Warehouse Market | |
| | Pay Frequency | Weekly | Store | 42 - Sinking Spring | |
| | | | Department | MEAT - Meat | |

| | | |
|---|---|---|
| Federal Income Tax | S | 1 |
| Additional Federal Income Tax | | $3.00 |
| PA State Income Tax (Residence) | S | 0 |
| PA State Income Tax (Work) | S | 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $183.00 |
| Personal | 0.0000 | $0.0000 | $0.00 | $270.00 |
| Premium (flat$) | 0.0000 | $0.0000 | $0.00 | $36.25 |
| Regular Pay | 27.7300 | $0.0000 | $325.83 | $8,760.44 |
| Sunday Hours | 8.1500 | $0.0000 | $103.91 | $2,036.40 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,001.25 |

Total Hours 35.8800

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k | $429.74 | Yes | $30.08 | $860.12 | $4.30 | $122.85 |
| 401k Loan | $10.14 | No | $10.14 | $334.62 | $0.00 | $0.00 |
| AFLAC Cafeteria | $17.79 | Yes | $17.79 | $587.07 | $0.00 | $0.00 |
| Dental Coverage | $4.47 | Yes | $4.47 | $147.51 | $1.59 | $46.11 |
| MedRx Coverage | $24.78 | Yes | $24.78 | $817.74 | $96.92 | $2,810.68 |
| NW Surcharge | $0.00 | No | $20.77 | $685.41 | $0.00 | $0.00 |
| Vision Coverage | $2.30 | Yes | $2.30 | $75.90 | $0.00 | $0.00 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $350.32 | $22.85 | $633.81 |
| Employee Medicare | $380.40 | $5.52 | $154.56 |
| Social Security Employee Tax | $380.40 | $23.59 | $660.87 |
| PA State Income Tax | $380.40 | $11.68 | $327.25 |
| S HEIDELBERG | $380.40 | $3.80 | $106.59 |
| S HEIDELBERG TWP | $380.40 | $1.00 | $29.00 |
| PA Unemployment Employee | $429.74 | $0.26 | $7.35 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1586 | Checking | $250.71 |
| Total | | $250.71 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $429.74 | $350.32 | $68.70 | $110.33 | $250.71 |
| YTD | $12,287.34 | $9,799.00 | $1,919.43 | $3,508.37 | $6,859.54 |

# Redner's MARKETS, INC.

3 Quarry Rd.
Reading, PA 19605

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/28/2019 |
| Period End Date | 08/03/2019 |
| Pay Date | 08/08/2019 |
| Document | 2760712 |
| Net Pay | $235.28 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALLYN J. FOLK | Employee Number | 000043578 | Pay Group | pay SINKING SPRING | Federal Income Tax | S | 1 |
| 120 NORTH BUCK STREET | SSN | XXX-XX-XXXX | Location | 42 Sinking Spring | Additional Federal Income Tax | | $3.00 |
| WERNERSVILLE, PA 19565 | Job | Clerk | Redners | RMI - Redner's Market Inc. | PA State Income Tax (Residence) | S | 0 |
| USA | Pay Rate | $11.7500 | Division | RWM - Redner's Warehouse Market | PA State Income Tax (Work) | S | 0 |
| | Pay Frequency | Weekly | Store | 42 - Sinking Spring | | | |
| | | | Department | MEAT - Meat | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $183.00 |
| Personal | 0.0000 | $0.0000 | $0.00 | $270.00 |
| Premium (flat$) | 0.0000 | $0.0000 | $0.00 | $36.25 |
| Regular Pay | 29.0800 | $0.0000 | $341.69 | $8,434.61 |
| Sunday Hours | 5.2000 | $0.0000 | $66.30 | $1,932.49 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,001.25 |

Total Hours 34.2800

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k | $407.99 | Yes | $28.56 | $830.04 | $4.08 | $118.55 |
| 401k Loan | $10.14 | No | $10.14 | $324.48 | $0.00 | $0.00 |
| AFLAC Cafeteria | $17.79 | Yes | $17.79 | $569.28 | $0.00 | $0.00 |
| Dental Coverage | $4.47 | Yes | $4.47 | $143.04 | $1.59 | $44.52 |
| MedRx Coverage | $24.78 | Yes | $24.78 | $792.96 | $96.92 | $2,713.76 |
| NW Surcharge | $0.00 | No | $20.77 | $664.64 | $0.00 | $0.00 |
| Vision Coverage | $2.30 | Yes | $2.30 | $73.60 | $0.00 | $0.00 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $330.09 | $20.62 | $610.96 |
| Employee Medicare | $358.65 | $5.20 | $149.04 |
| Social Security Employee Tax | $358.65 | $22.24 | $637.28 |
| PA State Income Tax | $358.65 | $11.01 | $315.57 |
| S HEIDELBERG | $358.65 | $3.59 | $102.79 |
| S HEIDELBERG TWP | $358.65 | $1.00 | $28.00 |
| PA Unemployment Employee | $407.99 | $0.24 | $7.09 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Personal Time | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1586 | Checking | $235.28 |
| Total | | $235.28 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $407.99 | $330.09 | $63.90 | $108.81 | $235.28 |
| YTD | $11,857.60 | $9,448.68 | $1,850.73 | $3,398.04 | $6,608.83 |

**Redner's MARKETS, INC**

3 Quarry Rd.
Reading, PA 19605

Pay Statement
Period Start Date  07/21/2019
Period End Date    07/27/2019
Pay Date           08/01/2019
Document           2756288
Net Pay            $221.73

## Pay Details

| | | |
|---|---|---|
| ALLYN J. FOLK<br>120 NORTH BUCK STREET<br>WERNERSVILLE, PA 19565<br>USA | Employee Number 000043578<br>SSN              XXX-XX-XXXX<br>Job              Clerk<br>Pay Rate         $11.7500<br>Pay Frequency    Weekly | Pay Group   pay SINKING SPRING<br>Location    42 Sinking Spring<br>Redners     RMI - Redner's Market Inc.<br>Division    RWM - Redner's Warehouse Market<br>Store       42 - Sinking Spring<br>Department  MEAT - Meat |

| | | | |
|---|---|---|---|
| Federal Income Tax | S | 1 | |
| Additional Federal Income Tax | | | $3.00 |
| PA State Income Tax (Residence) | S | 0 | |
| PA State Income Tax (Work) | S | 0 | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $183.00 |
| Personal | 0.0000 | $0.0000 | $0.00 | $270.00 |
| Premium (flat$) | 0.0000 | $0.0000 | $0.00 | $36.25 |
| Regular Pay | 27.4000 | $0.0000 | $321.95 | $8,092.92 |
| Sunday Hours | 5.2700 | $0.0000 | $67.19 | $1,866.19 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,001.25 |

Total Hours  32.6700

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401k | $389.14 | Yes | $27.24 | $801.48 | $3.89 | $114.47 |
| 401k Loan | $10.14 | No | $10.14 | $314.34 | $0.00 | $0.00 |
| AFLAC Cafeteria | $17.79 | Yes | $17.79 | $551.49 | $0.00 | $0.00 |
| Dental Coverage | $4.47 | Yes | $4.47 | $138.57 | $1.59 | $42.93 |
| MedRx Coverage | $24.78 | Yes | $24.78 | $768.18 | $96.92 | $2,616.84 |
| NW Surcharge | $0.00 | No | $20.77 | $643.87 | $0.00 | $0.00 |
| Vision Coverage | $2.30 | Yes | $2.30 | $71.30 | $0.00 | $0.00 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $312.56 | $18.87 | $590.34 |
| Employee Medicare | $339.80 | $4.93 | $143.84 |
| Social Security Employee Tax | $339.80 | $21.06 | $615.04 |
| PA State Income Tax | $339.80 | $10.43 | $304.56 |
| S HEIDELBERG | $339.80 | $3.40 | $99.20 |
| S HEIDELBERG TWP | $339.80 | $1.00 | $27.00 |
| PA Unemployment Employee | $389.14 | $0.23 | $6.85 |

| Paid Time Off | | | Net Pay Distribution | | |
|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | Amount |
| Personal Time | 0.0000 | 0.0000 | xxxxxx1586 | Checking | $221.73 |
| Vacation | 0.0000 | 0.0000 | Total | | $221.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $389.14 | $312.56 | $59.92 | $107.49 | $221.73 |
| YTD | $11,449.61 | $9,118.59 | $1,786.83 | $3,289.23 | $6,373.55 |

**Redner's MARKETS, INC**

3 Quarry Rd.
Reading, PA 19605

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/14/2019 |
| Period End Date | 07/20/2019 |
| Pay Date | 07/25/2019 |
| Document | 2751885 |
| Net Pay | $249.52 |

## Pay Details

ALLYN J. FOLK
120 NORTH BUCK STREET
WERNERSVILLE, PA 19565
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 000043578 | Pay Group | pay SINKING SPRING | Federal Income Tax | S 1 |
| SSN | XXX-XX-XXXX | Location | 42 Sinking Spring | Additional Federal Income Tax | $3.00 |
| Job | Clerk | Redners | RMI - Redner's Market Inc. | PA State Income Tax (Residence) | S 0 |
| Pay Rate | $11.7500 | Division | RWM - Redner's Warehouse Market | PA State Income Tax (Work) | S 0 |
| Pay Frequency | Weekly | Store | 42 - Sinking Spring | | |
| | | Department | MEAT - Meat | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $183.00 |
| Personal | 0.0000 | $0.0000 | $0.00 | $270.00 |
| Premium (flat$) | 0.0000 | $0.0000 | $0.00 | $36.25 |
| Regular Pay | 27.7800 | $0.0000 | $326.42 | $7,770.97 |
| Sunday Hours | 7.9700 | $0.0000 | $101.62 | $1,799.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $1,001.25 |

Total Hours  35.7500

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k | $428.04 | Yes | $29.96 | $774.24 | $4.28 | $110.58 |
| 401k Loan | $10.14 | No | $10.14 | $304.20 | $0.00 | $0.00 |
| AFLAC Cafeteria | $17.79 | Yes | $17.79 | $533.70 | $0.00 | $0.00 |
| Dental Coverage | $4.47 | Yes | $4.47 | $134.10 | $1.59 | $41.34 |
| MedRx Coverage | $24.78 | Yes | $24.78 | $743.40 | $96.92 | $2,519.92 |
| NW Surcharge | $0.00 | No | $20.77 | $623.10 | $0.00 | $0.00 |
| Vision Coverage | $2.30 | Yes | $2.30 | $69.00 | $0.00 | $0.00 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $348.74 | $22.66 | $571.47 |
| Employee Medicare | $378.70 | $5.49 | $138.91 |
| Social Security Employee Tax | $378.70 | $23.48 | $593.98 |
| PA State Income Tax | $378.70 | $11.63 | $294.13 |
| S HEIDELBERG | $378.70 | $3.79 | $95.80 |
| S HEIDELBERG TWP | $378.70 | $1.00 | $26.00 |
| PA Unemployment Employee | $428.04 | $0.26 | $6.62 |

| Paid Time Off | | | Net Pay Distribution | | |
|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | Amount |
| Personal Time | 0.0000 | 0.0000 | xxxxxx1586 | Checking | $249.52 |
| Vacation | 0.0000 | 0.0000 | Total | | $249.52 |

Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $428.04 | $348.74 | $68.31 | $110.21 | $249.52 |
| YTD | $11,060.47 | $8,806.03 | $1,726.91 | $3,181.74 | $6,151.82 |