# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**ALLYN J. FOLK**
     **Debtor**

: CHAPTER 13
:
: BK. No. 19-15009 AMC

## ORDER

AND NOW, this 30th day of January, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ASHELY M. CHAN**,
**Bankruptcy Judge**

SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

BRENNA HOPE MENDELSOHN, ESQUIRE
MENDELSOHN & MENDELSOHN, PC
637 WALNUT STREET
READING, PA 19601

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

ALLYN JAMES FOLK
120 Buch Street
Wernersville, PA 19565