United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15009-amc
Allyn J. Folk                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey    Page 1 of 1    Date Rcvd: Jan 30, 2020
                      Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
```
db             Allyn J. Folk,    120 Buch Street,    Wernersville, PA  19568
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Wilmington Savings Fund Society, FSB, as trustee o,    c/o KEVIN G. MCDONALD,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2020 03:01:27
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2020 03:01:35      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Allyn J. Folk tobykmendelsohn@comcast.net
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon, et.al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon, et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **ALLYN J. FOLK** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | **BK. No. 19-15009 AMC** |

**ORDER**

AND NOW, this 30th day of January, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

SCOTT F. WATERMAN, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

ALLYN JAMES FOLK
120 Buch Street
Wernersville, PA 19565

BRENNA HOPE MENDELSOHN, ESQUIRE
MENDELSOHN & MENDELSOHN, PC
637 WALNUT STREET
READING, PA 19601

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106