**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Allyn J. Folk
          Debtor(s)

Case No: 19−15009−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 120 North Bucks Street, Wernersville, PA 19565 Filed by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

on: 2/27/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/6/20

Timothy B. McGrath
Clerk of Court

32 − 26
Form 167