United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-15009-amc
Allyn J. Folk                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Feb 06, 2020
                              Form ID: 167             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             Allyn J. Folk,    120 Buch Street,    Wernersville, PA  19568
cr            +Wilmington Savings Fund Society, FSB, as trustee o,    c/o KEVIN G. MCDONALD,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14370770      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14405608      +PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
14403029      +THE BANK OF NEW YORK MELLON, et.al.,    PHH MORTGAGE CORPORATION,
               1 MORTGAGE WAY, MAIL STOP SV-22,    MT. LAUREL NJ 08054-4637
14391262      +The Bank Of New York Mellon, et.al.,    C/O THOMAS YOUNG.HAE SONG,
               Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Ste. 1400,
               Philadelphia, PA 19103-1814
14390912       The Bank Of New York Mellon, et.al.,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103
14370771      +The Bank of New York Mellon,    2 North 2nd Street,    Harrisburg, PA 17101-1619
14376025      +Wilmington Savings Fund Society, FSB,    as trustee of Stanwich Mortgage Loan,
               c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14403308      +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
               1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14404604       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 03:14:03      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14372595       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2020 03:17:52
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14391968       E-mail/Text: bkrcy@ugi.com Feb 07 2020 03:18:39      UGI Utilities, Inc.,    P.O. Box 13009,
               Reading, PA 19612
                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Allyn J. Folk tobykmendelsohn@comcast.net
          JEROME B. BLANK    on behalf of Creditor   The Bank Of New York Mellon, et.al. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   The Bank Of New York Mellon, et.al.
           paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Allyn J. Folk

      Debtor(s)                              Case No: 19–15009–amc

                                          Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay In Re: 120 North Bucks Street, Wernersville, PA 19565 Filed by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

       on: 2/27/20

       at: 11:00 AM

       in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/6/20

Timothy B. McGrath
Clerk of Court