**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Allyn J. Folk<br>　　　　　　　　Debtor(s)<br><br>U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>　　　　　　　　v.<br>Allyn J. Folk<br>　　　　　　　　and<br>Scott Waterman<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 19-15009 PMM |

**ORDER**

AND NOW, this  6th   day of  July        , 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 13, 2020   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 120 North Bucks Street Wernersville, PA 19565.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.

cc: See attached service list

Allyn J. Folk
120 Buck Street
Wernersville, PA 19568

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532