Bill for Services Rendered
Re: Allyn J. Folk
Chapter 13 Bankruptcy
Case **19-15009-pmm**
Agreed Rate: 250.00 p/hr

E-mails: 22 e-mails with Debtor re: case information, loan modification, trustee payments, questions from Debtor, documents from Debtor for meeting and confirmation of Plan, etc.   1.0   250

E-mails: 6 e-mails with attorney for mortgage company regarding loan modification approval/denial   .4   100

8/1/19 – Initial consultation with Debtor   1.0   250

8/8/19 – Preparation and filing of Emergency Bankruptcy to stay sheriff sale   1.0   250

8/8/19 – Fax to Sheriff re: notice of filing   .3   75

8/8/19 – Letter to Debtor re: case information and payment information   .5   125

8/22/19 – Preparation and filing of Motion to Extend Time to File Documents   1.0   250

9/12/19 – Preparation and filing of remaining schedules and plan   1.5   375

10/8/19 – Review meeting notice and mail to Debtor   .2   50

10/21/19 – Review Objection to Plan   .2   50

11/4/19 – Review file in preparation of meeting of creditors   .5   125

11/4/19 – Phone call with Debtor re: meeting tomorrow   .2   50

11/5/19 – Attendance at 341 meeting – Debtor did not bring ID and Social   .5   125

| Date/Description | Hours | Amount |
|---|---|---|
| 12/18/19 – Review meeting of creditors continued and mail date to Debtor | .4 | 100 |
| 12/19/19 – Review Motion for Relief from Stay | .5 | 125 |
| 12/19/19 – Letter to Debtor re: Motion for Relief | .4 | 100 |
| 1/7/20 – Preparation and filing of Answer to Motion for Relief | 1.0 | 250 |
| 1/21/20 – Attendance at 341 meeting | 1.0 | 250 |
| 1/27/20 – Letter to Debtor re: stipulation of settlement | .3 | 75 |
| 1/31/20 – Preparation and filing of Response to Motion for Relief | 1.0 | 250 |
| 2/10/20 – Letter to Debtor re: stipulation | .4 | 100 |
| 2/12/20 – Review Motion to Dismiss | .2 | 50 |
| 3/24/20 – Review Claims Register | .4 | 100 |
| 3/24/20 – Preparation and filing of Amended Chapter 13 Plan | 1.0 | 250 |
| 3/24/20 – Preparation and filing of Amended Schedules A/B | .4 | 100 |
| 4/8/20 – Review Objection to confirmation of Plan | .3 | 75 |
| 4/19/20 – Preparation and filing of Application for Compensation | 1.0 | 250 |
| 4/19/20 – Preparation and filing of proof of claim | .5 | 125 |

TOTAL: $4,250.00