United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-15009-pmm
Allyn J. Folk                                                                   Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2              Date Rcvd: Jul 30, 2020
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
```
db         +Allyn J. Folk,    120 N. Buck Street,   Wernersville, PA 19565-2102
smg        +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,   Reading, PA  19601
smg        +Dun & Bradstreet, INC.,   3501 Corporate Pkwy.,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr         +Wilmington Savings Fund Society, FSB, as trustee o,   c/o KEVIN G. MCDONALD,
             701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14370770   +Arcadia,   645 Penn St,   Reading, PA 19601-3543
14495301   +Mendelsohn and Mendelsohn, P.C.,   637 Walnut St.,   Reading, PA 19601-3524
14405608   +PPL Electric Utilities,   827 Hausman Rd.,   Allentown, PA 18104-9392
14403029   +THE BANK OF NEW YORK MELLON, et.al.,   PHH MORTGAGE CORPORATION,
             1 MORTGAGE WAY, MAIL STOP SV-22,   MT. LAUREL NJ 08054-4637
14493979    THE BANK OF NEW YORK MELLON, et.al.,   PHH MORTGAGE CORPORATION,
             BANKRUPTCY DEPARTMENT, P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
14391262   +The Bank Of New York Mellon, et.al.,   C/O THOMAS YOUNG.HAE SONG,
             Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Blvd., Ste. 1400,
             Philadelphia, PA 19103-1814
14390912    The Bank Of New York Mellon, et.al.,   C/o Thomas Song, Esq.,   1617 JFK Boulevard, Suite 1400,
             One Penn Center Plaza,   Philadelphia, PA 19103
14370771   +The Bank of New York Mellon,   2 North 2nd Street,   Harrisburg, PA 17101-1619
14376025   +Wilmington Savings Fund Society, FSB,   as trustee of Stanwich Mortgage Loan,
             c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14403308   +Wilmington Savings Fund Society, FSB, et al,   c/o Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 31 2020 04:51:44    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14404604    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 04:57:51    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14372595    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 04:51:33
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
14508911   +E-mail/Text: bknotices@snsc.com Jul 31 2020 04:52:00    U.S. Bank Trust N.A., ET AL,
             c/o SN SERVICING CORP.,   323 5th street,   Eureka, CA 95501-0305
14391968    E-mail/Text: bkrcy@ugi.com Jul 31 2020 04:51:57    UGI Utilities, Inc.,   P.O. Box 13009,
             Reading, PA 19612
14403308   +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 31 2020 04:51:10
             Wilmington Savings Fund Society, FSB, et al,   c/o Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948
                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-4          User: SaraR               Page 2 of 2          Date Rcvd: Jul 30, 2020
                             Form ID: pdf900           Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN   on behalf of Debtor Allyn J. Folk tobykmendelsohn@comcast.net
          JEROME B. BLANK   on behalf of Creditor   The Bank Of New York Mellon, et.al. paeb@fedphe.com
          KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of
          the Bungalow Series IV Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   The Bank Of New York Mellon, et.al.
          paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ALLYN J. FOLK | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  19-15009 PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: July 30, 2020**

       _Patricia M. Mayer_
      _____
      **PATRICIA M.  MAYER**
      **U.S. BANKRUPTCY JUDGE**