United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allyn J. Folk  
      Debtor

Case No. 19-15009-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Aug 10, 2020  
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.  
db        +Allyn J. Folk,   120 N. Buck Street,   Wernersville, PA 19565-2102  
cr        +Wilmington Savings Fund Society, FSB, as trustee o,   c/o KEVIN G. MCDONALD,  
          701 Market St. Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2020 at the address(es) listed below:  
        BRENNA HOPE MENDELSOHN   on behalf of Debtor Allyn J. Folk tobykmendelsohn@comcast.net  
        JEROME B. BLANK   on behalf of Creditor   The Bank Of New York Mellon, et.al. paeb@fedphe.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   The Bank Of New York Mellon, et.al. paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Allyn J. Folk,**                              :        Chapter 13

        **Debtor**             :        Bky. No. 19-15009 PMM

**O R D E R**

    **AND NOW**, upon consideration of the Application for Compensation (doc. no. 44) filed by the Debtor's counsel, Brenna Hope Mendelsohn ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $725.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. Cause exists within the meaning of 11 U.S.C. §349(b)(3) and the Trustee is directed to distribute the funds in his possession derived from the pre-confirmation chapter 13 plan payments of the Debtor(s) to pay the allowed compensation.

**Date:** August 10, 2020

                                                           **PATRICIA M. MAYER**
                                                           **U.S. BANKRUPTCY JUDGE**