| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15009-PMM**

ALLYN J. FOLK
120 N. Buck Street
Wernersville  PA    19568

Petition Filed Date: 08/08/2019
341 Hearing Date: 11/05/2019
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/30/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/23/2019 | $200.00 | 19025527234 | 10/29/2019 | $200.00 | 19025527578 | 11/20/2019 | $200.00 | 19040238181 |
| 12/18/2019 | $200.00 | 19057881673 | 01/22/2020 | $200.00 | 19057881942 | 03/02/2020 | $200.00 | 19069134746 |
| 04/06/2020 | $200.00 | 19078620623 | 05/01/2020 | $240.00 | 19087640818 | 06/11/2020 | $250.00 | 19101809573 |
| 06/30/2020 | $250.00 | 19087640862 | 08/04/2020 | $250.00 | 19128783349 | | | |

**Total Receipts for the Period: $2,390.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,390.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,390.00 | Current Monthly Payment: | $261.74 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $226.00 | Total Plan Base: | $15,072.22 |
| Funds on Hand: | $2,164.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.